# EXHIBIT 2

3/23/2017 11:25:30 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 16045641
By: BOVELL, JOSHUA J
Filed: 3/23/2017 11:25:30 PM

Cause No. 2016-65698

| | | |
|---|---|---|
| KF FRANCHISING, LTD., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| TASONE INC., STEVE BOLES, AND | § | |
| RAZIJE ELEZ, | § | |
| | § | 215th JUDICIAL DISTRICT |
| | § | |
| Defendants. | | |

## ORDER

The Court has fully considered defendants' Motions to Dismiss for Lack of Personal Jurisdiction (Special Appearances), all timely filed responses, the pleadings, and arguments of counsel.  Upon such full consideration, the Court finds that defendants' motions are meritorious, and the Court GRANTS defendants' special appearances.

**THEREFORE, IT IS ORDERED** that with the sole exception of plaintiff's breach of contract claims for monetary sums that are past due, all of plaintiff's claims, including KFF's claims involving intellectual property, misappropriation, trade secrets, infringement of trade marks or copyrights, violations of the Texas Uniform Trade Secrets Act, unfair competition, competition, breach of non-compete agreements, holding over and continuing to operate, and the breach of contract claims based upon these allegations, such as "failing to abide by the requirements and obligations related to operating the store," "taking, disclosing and/or using KFF's confidential information and proprietary information," and "competing against KFF in violation of the noncompetition provision" are dismissed for want

1

of jurisdiction.

Signed _____, 2017.

Signed:
3/31/2017 _____

JUDGE PRESIDING

2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 5, 2018

Certified Document Number:      74493461 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**