United States District Court
Southern District of Texas
**ENTERED**
April 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KF FRANCHISING, LTD., § § § Plaintiff, § § v. § § TASONE INC., STEVE BOLES, § and RAZIJE ELEZ, § § Defendants. § | CIVIL ACTION NO. H-17-3849 |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, this action is **DISMISSED for lack of jurisdiction**.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 18th day of April, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE